**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Cause No.: DR25-CR-03009-EG-(1) |
| | § | |
| | § | |
| JUANITA YADIRA HERNANDEZ-GOMEZ (1) | § | |
| | § | |

**<u>GOVERNMENT'S RESPONSE TO</u>**
**<u>DEFENDANT'S MOTION FOR ADDITIONAL DISCOVERY</u>**

TO THE HONORABLE ERNEST GONZALEZ, UNITED STATES DISTRICT JUDGE:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and in response to Defendant's Motion to Compel Discovery. In support of this motion, the Government would respectfully show as follows:

The Government provided discovery to the Defendant through Counsel on January 6th, 2026. The Defendant, through Counsel submitted this motion on February 24th, 2026, the day that the Defendant was arraigned. Pursuant to Federal Rule of Criminal Procedure 16.1, the parties need to complete a discovery conference within 14 days of the arraignment, in this case March 10th, 2026. If, after the discovery conference has been completed the Court's action is needed, the parties may ask the Court to assist in discovery issues. The present motion was filed on February 24th, 2026, the day of the Defendant's arraignment. As mentioned in paragraph IV of the Defendant's motion, the Defendant through counsel had not conferred with the Government prior to filing this motion.

On February 25th, 2026, Defense Counsel reached out to the Government requesting to schedule a meeting. The Government responded the same day requesting for Defense Counsel to call to schedule a meeting. Defense Counsel responded to the Government indicating he would call once he had completed another matter. On March 9th, 2026, the Government called Defense Counsel to follow up on scheduling a meeting for this case. Defense Counsel informed the Government that he would be filing a Motion to Continue for this case, to which the Government is unopposed. The Government and Defense Counsel still intend to meet to discuss this case at a later date. Currently both parties agree that a hearing on this discovery motion is not necessary until both sides have an opportunity to meet and confer on the discovery matters.

As such, the Government believes that this motion is not ripe, and requests that the Court DENY the Defendant's motion.

Should the Court determine that it is appropriate to rule on the specific issues addressed within this motion, the Government responds as follows:

The Government has already disclosed all information known to the Government that is responsive to this request. The Government is aware of the ongoing discovery obligations and will continue to provide the Defendant with discovery if/when additional discovery materials become available. To the extent that there are items still outstanding, the Government requests that the Defendant, through Counsel, provide an updated request specifically addressing items that have not yet been provided. Regarding the Defendant's request to inspect any location, evidence, or original materials, the Government requests that the Defendant, through Counsel provide specific times and dates when they are seeking to conduct the inspections so that the Government can facilitate their request.

Respectfully submitted,
JUSTIN R. SIMMONS
United States Attorney

By:
*/s/ Ashley Ellis-Dotson*
Ashley Ellis-Dotson
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel for Defendant.

Sincerely,

By:

*/s/ Ashley Ellis-Dotson*
Ashley Ellis-Dotson
Assistant United States Attorney